■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE JOHNSON and WILLIAM J. PRICE, Appellants.— Appeals by two defendants from judgments of the Supreme Court, Kings County, rendered August 11, 1964 on their pleas of guilty, convicting them of attempted unlawful entry, and sentencing each of them, pursuant to article 7-A of the Correction Law, to an indefinite term in the New York City Penitentiary. Defendants claim that their sentence to an indeterminate term under article 7-A of the Correction Law was improper. Judgments affirmed (see *People* v. *Watson,* 19 A D 2d 631). Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLIE MAE McQUEEN, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered January 29, 1965 after a jury trial, convicting her of murder in the second degree and sentencing her to serve a term of 20 years to life. Judgment affirmed. In our opinion, under the circumstances here, namely: (1) the defendant's failure to object to the admission of her confessions on the ground that they had been involuntarily made, and (2) the absence from the trial court's charge of any instruction concerning the issue of the voluntariness of defendant's confessions, a *Jackson-Denno* hearing to determine such issue is not required to be held (*People* v. *Huntley,* 15 N Y 2d 72, 77; *Jackson* v. *Denno,* 378 U. S. 368). Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.